```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

ROBEL AHMED SALAD vs. STATE OF ALASKA, DEPARTMENT OF CORRECTIONS, ET AL

BEFORE THE HONORABLE: KYLE F. REARDON  CASE NO.3:25-CV-00029-TMB-KFR

DEPUTY CLERK/RECORDER: ALEXIS SIMS-HOWARD

APPEARANCES:    PETITIONER: NEIL T. O'DONNELL
                            MARGARET D. STOCK
                            KRISTINE QUINT

                RESPONDANT: JOSHUA AARON TRAINI
                            NOAH ROETMAN
                            CHRISTOPHER WILLIAM YANDELL

PROCEEDINGS: MOTION HEARING [DKT 1] HELD February 19, 2025
-------------------------------------------------------------------
At 9:35 a.m. court convened in Anchorage Courtroom 2.

Court and counsel heard re recent filings at [dkt 19] and [dkt 20].

Roble Ahmed Salad sworn and testified on his own behalf. Petitioner's exhibits 1, 2, 3, and 4 **ADMITTED**.

Mohamed Addi Salad sworn and testified on behalf of the petitioner.

Court and counsel heard re Temporary Protected Status application (TPS) and travel documents; Court directed Government to file travel documents ex parte by close of business by **2/19/2025**.

Court and counsel heard re Report and Recommendation and shortened objection period.

At 11:08 a.m. court adjourned.

List of witnesses and List of exhibits to be filed separately.

OFF RECORD NOTE: Court ordered expedited transcript of proceedings.

DATE: 2/19/2025                         DEPUTY CLERK'S INITIALS: ASH

(Revised 1-29-2015)