(Rev 3/18)

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
WITNESS LIST

---

Case No.: 3:25-CV-00029-TMB-KFR        Magistrate Judge: KYLE F. REARDON

Title: **ROBLE AHMED SALAD**
vs. **STATE OF ALASKA, DEPARTMENT OF CORRECTIONS ET AL**

Dates of Hearing/Trial: February 19, 2025

Deputy Clerk/Recorder: ALEXIS SIMS-HOWARD

Official Reporter: NONE

## WITNESSES

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|---|---|---|---|---|---|
| 2/19/2025 | 9:38 AM | 9:54 AM | W-1 | ROBLE AHMED SALAD | PLT |
| 2/19/2025 | 9:55 AM | 10:00 AM | W-2 | MOHAMED ADDI SALAD | PLT |