UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
EXHIBIT LIST OF PETITIONER

Case No.: 3:25-CV-00029-TMB-KFR        Judge: KYLE F. REARDON

Title: ROBLE AHMED SALAD

vs. STATE OF ALASKA, DEPARTMENT OF CORRECTIONS, ET AL

Dates of Hearing/Trial: February 19, 2025

Deputy Clerk/Recorder: ALEXIS SIMS-HOWARD

Official Reporter: NONE

| Attorney for Petitioner |
| --- |
| NEIL T. O'DONNELL |
| MARGARET D. STOCK |
| KRISTINE QUINT |

**EXHIBITS**

| EX# | STIP AUTH[1] | STIP ADM[1] | ID[2] | ADM[2] | DESCRIPTION OF EXHIBIT |
| --- | --- | --- | --- | --- | --- |
| 1 | | | X | X | FEH'S HUMANITARIAN, LLC PAYROLL SUMMARY |
| 2 | | | X | X | BOARDING PASS |
| 3 | | | X | X | ERO SAN ANTONIO RESIDENT OFFICE |
| 4 | | | X | X | ICE FORM I-229B |

---

[1] See Local Civil Rule 39.3 (b)(1)(ii) regarding stipulations as to authenticity and admissibility of exhibits.
[2] These columns are for clerk's use only